# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
### PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

June 13, 2022

**Via ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       **RE: United States v. Kasien Adderley**
       **Criminal Docket 22 CR 82 (CM)**

Dear Judge McMahon:

  This letter is a request from the Court to have Counsel Anthony Ricco appear on my behalf in the representation of my client Mr. Adderley on the next appearance date scheduled on July 6, 2022. I will be out of the jurisdiction and traveling in Scotland and Africa during that time. Thank you for your time and consideration in this matter.

             Respectfully,

             *Kenneth J. Montgomery*

             Attorney for Kasien Adderley
             198 Rogers Avenue
             Brooklyn, New York 11225

*MEMO ENDORSED*

6/13/22

Fine

*Colleen McMahon*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/22