# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

May 19, 2022

**Via ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 6/13/2022

**RE: United States v. Kasien Adderley**
**Criminal Docket 22 CR 82 (CM)**

MEMO ENDORSED

Dear Judge McMahon:

This letter is a request to modify Mr. Adderley's bail conditions which is set at strict home incarceration. Pretrial objects to such a request because of his designation and the Government defers to Pretrial. Mr. Adderley would like permission from the court to attend the graduation ceremony for two of his daughter's. Mr. Adderley would also like an opportunity to seek gainful employment as well as assist his wife in dropping and picking up his daughter from school. It is a hardship for his wife to both work and drop and pick up their daughter from school.

Mr. Adderley's daughter Kali Adderley graduates Friday, June 24th, at Morris Accession Presbyterian Church Sanctuary at 10 am and his daughter Amya Boyd graduates from high school on June 23rd at 6 pm at the Field of Dreams at 313 East 100th Street, New York, NY 10029.

The address for the school drop-off and pickup is Morris Accession Presbyterian church sanctuary and drop off time is 8:30 am and pick up time is 4 pm. Thank you for your time and consideration.

Respectfully,

*Kenneth J. Montgomery*

Attorney for Kasien Adderley
198 Rogers Avenue
Brooklyn, New York 11225

---

*Handwritten endorsement:*

6/13/2022
Denied. Strict home incarceration means what it says.
[signed] Colleen McMahon

If counsel wants a bail modification hearing, he should request one.