# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

*MEMO ENDORSED*

*9/6/23*

*Sentencing Adj to Nov. 8, 2023 at 2PM.*

September 5, 2023

**Via ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: United States v. Kasien Adderley
Criminal Docket 22 CR 82 (CM)

Dear Judge McMahon:

    This letter is a request to adjourn sentencing for my client, Mr. Adderley, which is scheduled for September 28, 2023, before the Court. I am requesting an adjournment to the first week of November because my mother is in the ICU at Maimonides Hospital and is scheduled to be extubated this week and is not expected to survive. I am her only child and my mother also lives with me so I imagine my next few weeks will be consumed with planning her funeral and other matters. I have communicated with the Government and the Government does not object to my request.

    Thank you for your time and consideration in this matter.

Respectfully,

*Kenneth J. Montgomery*

Attorney for Kasien Adderley
198 Rogers Avenue
Brooklyn, New York 11225

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/23