# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KASIEN ADDERLEY,

    Defendant.

22 CR 82-05 (CM)
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 11/9/2023

It is hereby ordered that Kasien Adderely, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on February 13, 2024.

_____      11/8/2023

UNITED STATES DISTRICT JUDGE      DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____      _____

(Attorney/Witness)      (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel